IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| William Adkins, : | |
| Plaintiff : | Civil Action 2:10-cv-030 |
| v. : | Judge Frost |
| Michael J. Astrue, : | Magistrate Judge Abel |
| Commissioner of Social Security, | |
| Defendant : | |

**ORDER**

This matter is before the Court on Magistrate Judge Abel's October 8, 2010 Report and Recommendation that this case be remanded to the Commissioner to permit the administrative law judge to properly evaluate the medical source opinions in accordance with 20 C.F.R. § 404.1527(d)(2) (doc. 14). No objections have been filed to the Report and Recommendation. The Court, having reviewed the record *de novo*, determines that remand is required fo the reasons set out in the report and recommendation..

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. This case is hereby **REMANDED** to the Commissioner of Social Security to permit the administrative law judge to properly evaluate the medical source opinions in accordance with 20 C.F.R. § 404.1527(d)(2). The Clerk of Court is **DIRECTED** close this case.

    /s/ Gregory L. Frost
Gregory L. Frost
United States District Judge